**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT L. WOLFE,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-535** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **HOCKING COUNTY SHERIFF'S** | : | **Magistrate Judge Kimberly A. Jolson** |
| **DEPARTMENT,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## OPINION & ORDER

On August 13, 2025, the Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court grant Plaintiff Robert L. Wolfe's "voluntary" Motion to Dismiss (ECF No. 66) and dismiss this case without prejudice. (ECF No. 69 at 1). At the Magistrate Judge's direction, Defendants jointly responded that they did not oppose dismissal. (ECF No. 68 at 1). Though there is some suggestion in Mr. Wolfe's Motion that his requested dismissal is under duress—or as he puts it, "vi coactus"—Mr. Wolfe has proffered readily cognizable reasons for his dismissal without prejudice: his advanced age, his health, his "nigh indigent" status, and his lack of counsel. (ECF No. 66 at 1–2) (indicating that he would "not be questioned" during a deposition "without a referee" or "representative[]"). Moreover, Mr. Wolfe has not objected to the Magistrate Judge's characterization of his dismissal as "voluntary." (ECF No. 69 at 1).

All parties were specifically advised of their rights to object to the Report and Recommendation within fourteen days of its issuance, and of the consequences of their failure to do so. No such objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on August 27, 2025, this Court **ACCEPTS** the Magistrate Judge's well-

1

2

reasoned Report and Recommendation in its entirety.  This case is hereby **DISMISSED** without prejudice.  The Clerk of Court is **DIRECTED** to close the case.

      **IT IS SO ORDERED.**

                                 _____
                                 **ALGENON L. MARBLEY**
                                 **UNITED STATES DISTRICT JUDGE**

**DATED:  February 13, 2026**

2